Bridget Collins, as Administratrix, etc., Respondent, *v.* The New York, New Haven and Hartford Railroad Company, Appellant.

(Argued December 13, 1888; decided January 15, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made March 19, 1886, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Robert D. Benedict* for appellant.

*Frederic A. Ward* and *Frederic W. Adee* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

The Mayor, Aldermen and Commonalty of the City of New York, Respondent, *v.* The Dry Dock, East Broadway and Battery Railroad Company, Appellant.

This case presented the same questions and was argued and decided with *Mayor, etc.,* v. *D. D. E. B. & B. R. R. Co.* (*ante,* p. 137.)